1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KENNETH RAY HARRIS,                    No.  2:23-00581-DJC-EFB (PC)

12           Plaintiff,

13       v.                                   ORDER

14    ANISE ADAMS, et al.,

15           Defendants.

16

17         Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant

18    to 42 U.S.C. § 1983.   On November 28, 2023, defendants filed a motion for summary judgment.

19    ECF No. 18.  The motion included notice to plaintiff of the requirements for opposing a motion

20    for summary judgment based on plaintiff's failure to exhaust administrative remedies pursuant to

21    Rule 56 of the Federal Rules of Civil Procedure.  *See Rand v. Rowland*, 154 F.3d 952, 957 (9th

22    Cir. 1998) (en banc), and *Klingele v. Eikenberry*, 849 F.2d 409, 411-12 (9th Cir. 1988).  Despite

23    being granted an extension of time to do so, plaintiff has failed to respond to the motion.

24         Local Rule 230(l) provides in part:  "Failure of the responding party to file written

25    opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

26    the granting of the motion . . . ."  On September 22, 2023, plaintiff was advised of the

27    requirements for filing an opposition to the motion and that failure to oppose such a motion may

28    be deemed a waiver of opposition to the motion.

1

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  In the order filed [date paragraph 8 filed], plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to the pending motion for summary judgment. Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

Dated: January 29, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2