UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH RAY HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANISE ADAMS, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-00581-DJC-EFB (PC)<br><br><br>ORDER |

All parties have stipulated that this action be dismissed. ECF No. 24. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).

Dated: March 25, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1